# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DAMARIAN TERREL FORD, JR.
ADC #176535                                                                              PLAINTIFFS

v.                               No. 4:25-cv-133-DPM

DEXTER PAYNE, ADC Director;
LADAISHA FIGURES, Corporal,
Wrightsville Unit, ADC; and GABRIELLE
MARLER, Corporal, Wrightsville Unit,
ADC                                                                                      DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Ford hasn't signed the complaint. Nor has he paid the filing fee or filed an application to proceed *in forma pauperis*. The time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. Fed. R. Civ. P. 11(a); LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2025