IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAMARIAN TERREL FORD, JR.
ADC #176535                                                                    PLAINTIFFS

v.                          No. 4:25-cv-133-DPM

DEXTER PAYNE, ADC Director;
LADAISHA FIGURES, Corporal,
Wrightsville Unit, ADC; and GABRIELLE
MARLER, Corporal, Wrightsville Unit,
ADC                                                                            DEFENDANTS

## JUDGMENT

Ford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2025